# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SHERIAN B. MCCOY, | |
| Plaintiff, | Case No. 3:19-cv-03056-N |
| v. | Honorable Judge David C. Godbey |
| WINDHAM PROFESSIONALS, INC., | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES SHERIAN B. MCCOY ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, WINDHAM PROFESSIONALS, INC., with prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 9, 2020                    Respectfully Submitted,

*/s/ Nathan C. Volheim*
Nathan C. Volheim, Esq.
*Counsel for Plaintiff*
Admitted in the Northern District of Texas
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630)575-8188
nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on March 9, 2020, a true and correct copy of the above and foregoing document was filed with the Court and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
